RECEIVED
USDC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
DATE 2/26/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ISAAC J. WEEK<br>LA. DOC #413104 | CIVIL ACTION NO. 3:12-cv-1853 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| LT. GOINS, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

MONROE, LOUISIANA, this 26 day of February, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE